Todd M. Friedman (216752)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONIQUE PEREZ, Individually and On Behalf of All Others Similarly Situated,** ) ) ) | Case No. 8:14-cv-00735-JLS-DFM |
| **Plaintiff,** ) | |
| v. ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **GENERAL MOTORS FINANCIAL COMPANY, INC.,** ) ) ) | |
| **Defendant.** ) ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 18th day of June, 2014.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 18th day of June, 2014, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5
6  Notification sent on this 18th day of June, 2014, via the ECF system to:

7  Honorable Josephine L. Staton
   Judge of the United States District Court
8  Central District of California

9

10
   By: s/Todd M. Friedman
11       Todd M. Friedman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28